■ SUK CHO KIM, Appellant, v EUN JUNG KIM, Respondent. [969 NYS2d 799]—In an action for a divorce and ancillary relief, the plaintiff appeals from an order of the Supreme Court, Queens County (Jackman-Brown, J.), dated January 3, 2013, which denied his motion, in effect, to compel disclosure of all underlying data, empirical test results, records, and notes utilized by a court-appointed forensic evaluator in preparing a report dated October 6, 2011.

Ordered that the order is affirmed, with costs.

Under the particular circumstances presented here, the plaintiff failed to establish his entitlement to the relief sought (*see* CPLR article 31). Rivera, J.P., Balkin, Leventhal and Cohen, JJ., concur.